**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Stacy Serenari fka Stacy Shiring<br>　　　　　　　　　　Debtor(s)<br><br>HomeBridge Financial Services, Inc.,<br>its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　　　v.<br>Stacy Serenari fka Stacy Shiring<br>　　　　　　　　　　Respondent(s)<br>　　　　　　　and<br>Pamela J. Wilson Esq., Trustee<br><br>　　　　　　　Additional Respondent | BK. NO. 20-22150 CMB<br><br>CHAPTER 7 |

**ORDER**

AND NOW, this     day of            , 2020, at counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is Denied as withdrawn. The hearing in this matter scheduled for November 17, 2020 at 9:30 A.M. is cancelled

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com