**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Stacy Serenari fka Stacy Shiring | |
| Debtor(s) | |
| HomeBridge Financial Services, Inc.,<br>its successors and/or assigns | BK. NO. 20-22150 CMB |
| Movant | CHAPTER 7 |
| v. | |
| Stacy Serenari fka Stacy Shiring | |
| Respondent(s) | re doc. 15 |
| and | |
| Pamela J. Wilson Esq., Trustee | |
| Additional Respondent | |

**ORDER**

AND NOW, this 27th day of October, 2020, at counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is ~~Denied~~ as withdrawn. The hearing in this matter scheduled for November 17, 2020 at 9:30 A.M. is cancelled

Carlota M. Böhm
dmk

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/27/20 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Brian C. Nicholas, Esquire
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                        Case No. 20-22150-CMB

Stacy Serenari                                                                          Chapter 7
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dsaw                                              Page 1 of 1
Date Rcvd: Oct 27, 2020                   Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

**Recip ID              Recipient Name and Address**
db                         + Stacy Serenari, 1108 Woodlawn Drive, Canonsburg, PA 15317-5406

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name                          Email Address**

Brian Nicholas
                                        on behalf of Creditor HomeBridge Financial Services  Inc. bnicholas@kmllawgroup.com

David A. Rice
                                        on behalf of Debtor Stacy Serenari ricelaw1@verizon.net  lowdenscott@gmail.com

Office of the United States Trustee
                                        ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
                                        pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Pamela J. Wilson
                                        on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

TOTAL: 5